HEASTON ET AL. *v.* BOARD OF COMMISSIONERS OF HUNTINGTON COUNTY.

[No. 18,630.   Filed May 16, 1899.   Rehearing denied Nov. 14, 1899.]

APPEAL AND ERROR.—*Exceptions.*—An error in one conclusion of law cannot be reached by a joint exception to all the conclusions, where the other conclusions are correct.

From the Huntington Circuit Court.   *Affirmed.*

*B. M. Cobb*, for appellants.

*O. W. Whitelock* and *S. E. Cook*, for appellee.

BAKER, J.—Proceeding by appellee to obtain an additional assessment to cover a deficit arising from the improvement of a highway under the act of March 3, 1877. Acts 1877, page 82, §§5091 *et seq.* R. S. 1881 and Horner 1897,

§§6855 *et seq.* Burns 1894. Trial by court, special findings of fact and conclusions of law. All of the questions presented by appellants, except one in regard to the judgment's being $500 in excess of the largest amount warranted by the findings of fact, have been decided adversely to appellants' contentions. *Kline* v. *Board, etc.*, 152 Ind. 321. The judgment strictly conforms to the conclusions of law, and the motion to modify the judgment is therefore unavailing. The alleged error respecting the $500 occurs in the second conclusion of law and can not be reached because appellants only excepted jointly to all the conclusions.

Judgment affirmed.